UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
CIPA-COMPAGNIE INTERNATIONALE DE    :
PRODUITS ALIMENTAIRES,              :
                                    :
                    Plaintiff,      :
                                    :        09 Civ. 6371 (GBD)
        -against-                   :
                                    :
MEAT LINE CORPORATION,              :
                                    :
                    Defendant.      :
                                    :
------------------------------------x



GEORGE B. DANIELS, United States District Judge:

Defendant Meat Line Corporation's motion to vacate the maritime attachment is granted.

Plaintiff's claim, for cargo container storage charges as a result of the failure to accept delivery of the cargo at the discharge port and to provide payment, does not constitute a breach of a maritime contract, or a maritime claim.

Dated: New York, New York
       September 4, 2009

                                            SO ORDERED:

                                            _____
                                            GEORGE B. DANIELS
                                            United States District Judge